981 A.2d 1276

CITY OF ATLANTIC CITY, PLAINTIFF–RESPONDENT, v. ZACHI-RIAS TRUPOS, ET AL., DEFENDANTS–MOVANTS, AND AT-LANTIC COUNTY BOARD OF TAXATION, NOMINALLY AND AS A PARTY OF INTEREST.

IN RE MILLER GALLAGHER & GRIMLEY.

September 11, 2009.

ORDERED that the motion for leave to appeal is granted.

981 A.2d 1276

ISLAND REALTY, A CORPORATION OF THE STATE OF NEW JERSEY, PLAINTIFF, v. LEWIS CATON, DEFENDANT–MOVANT, AND GEORGE BROOME, JR., DEFENDANT.

September 11, 2009.

ORDERED that the motion for leave to appeal is granted; and the matter is summarily remanded to the Appellate Division to consider on the merits.

981 A.2d 1276

AMIN YOUSEF AND KHWALA YOUSEF, HUSBAND AND WIFE, PLAINTIFFS–RESPONDENTS, v. GENERAL DYNAMICS CORPORATION, ET AL., DEFENDANTS–MOVANTS.

September 11, 2009.

ORDERED that the motion for leave to appeal is granted; and the matter is summarily remanded to the Appellate Division to consider on the merits.